# UNITED STATES DISTRICT COURT
### Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

UNITED STATES OF AMERICA

V.                                  Case Number:  5:16-cv-01936-FMO-SP

ANDRE W. FIELDS aka ANDRE LAVON

Judgment was entered in this action on  11/2/2016  /  14  against  ANDRE W. FIELDS aka ANDRE LAVONE COOKE  .
                                        Date       Docket No.

#### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 ................................................................................................ | $400.00 |
| Fees for service of process: see L.R. 54-3.2 ......................................................................... | $79.00 |
| United States Marshal's fees: see L.R. 54-3.3 ...................................................................... | |
| Reporter's transcripts: see L.R. 54-3.4 ................................................................................. | |
| Depositions: see L.R. 54-3.5 ................................................................................................. | |
| Witness fees (itemize on page 2): see L.R. 54-3.6 ............................................................... | |
| Interpreter's and translator's fees: see L.R. 54-3.7 .............................................................. | |
| Docket fees: see L.R. 54-3.8 ................................................................................................. | |
| Masters, commissioners and receivers: see L.R. 54-3.9 ...................................................... | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 ..................... | |
| Premiums on bonds and undertakings: see L.R. 54-3.11 ...................................................... | |
| Other Costs: see L.R. 54-3.12 (attach court order) ............................................................... | |
| State Court costs: see L.R. 54-3.13 ...................................................................................... | |
| Costs on appeal: see L.R. 54-4 ............................................................................................. | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 ......................................... | |
| **TOTAL** | $479.00 |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

| DECLARATION |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

- ☐ The Court's CM/ECF System
- ☑ Conventional service by first class mail
- ☐ Other _____

/S/ MICHAEL L. GOLDSMITH, ESQ.                          MICHAEL L. GOLDSMITH
Signature                                                Print Name

Attorney for: Judgment Creditor

Costs are taxed in the amount of  479.00

KIRY GRAY                          By:  /s/ J. Lam                    November 2, 2016
Clerk of Court                          Deputy Clerk                          Date

**WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)**

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action, my business address is 16933 Parthenia Street, Suite 110, Northridge, CA 91343.

On the date set forth below I served the foregoing documents described as BILL OF COST on the interested parties in this action, by placing a true copy (ies) thereof enclosed in a sealed envelope addressed as follows:

ANDRE W. FIELDS aka ANDRE LAVONE COOKE, et al.
PERSONAL & CONFIDENTIAL
*********************
APPLE VALLEY CA *****

[X] BY MAIL, I deposited such envelope, postage thereon fully prepaid, in the United States Mail at Northridge, California.

[X] As follows: I am "readily familiar" with the firm's practice of collections and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[X] FEDERAL, I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on October 31, 2016 , at NORTHRIDGE, CALIFORNIA

/S/ Sonia Molina
Sonia Molina